UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                             Chapter 13
                                                                   Case Number 19-30757-EDK
Sarah A. Gagne                                                     Honorable Elizabeth D. Katz

    Debtor

_____/

## MOTION OF SELECT PORTFOLIO SERVICING, INC. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

Select Portfolio Servicing, Inc., a secured lien holder in the above captioned Chapter 13 proceeding, moves this court for an order, pursuant to 11 U.S.C. §362(d) and Rule 4001 of the Rules of Bankruptcy Procedure for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclose a mortgage which it holds on real property known and numbered as 2140 Palmer Road, Three Rivers, MA 01080 and commence a summary process action against occupants of the Property. In support of its motion, Select Portfolio Servicing, Inc. states the following:

1.    On December 6, 2011, Regina Ann Gagne executed a note to Bank of America, N.A. in the original principal amount of $95,000.00 (the "Note"). The Note was subsequently endorsed in blank and transferred over to Movant (assignee).

2.    The Note is secured by a mortgage from Regina Ann Gagne to Mortgage Electronic Registration Systems. Inc. dated December 6, 2011 and recorded with the Hampden County Registry of Deeds at Book 19095, Page 42, subsequently assigned to Bank of America NA by assignment dated January 22, 2014 and recorded in said Hampden County Registry of Deeds at Book 20175, Page 261, subsequently assigned to Select Portfolio Servicing, Inc. by assignment dated April 28, 2018 and recorded in said Hampden County Registry of Deeds at Book 22151, Page 130. The Mortgage is a first mortgage on real property owned by the Debtor known and numbered as 2140 Palmer Road, Three Rivers, MA 01080 (the "Property").

3. The Property was subsequently transferred to Sarah A. Gagne by a QuitClaim Deed dated May 24, 2019 and recorded in said Hampden County Registry of Deeds at Book 22688, Page 398

4. Select Portfolio Servicing, Inc. is the current holder of the Mortgage.

5. Select Portfolio Servicing, Inc. is the current holder of the Note.

6. The entity which has the right to foreclose is: Select Portfolio Servicing, Inc. by virtue of being the holder and owner of the note.

7. Sarah A. Gagne is an heir of Regina Ann Gagne.

8. Upon information and belief, Regina Ann Gagne is deceased.

9. Select Portfolio Servicing, Inc. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor(s) receive a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Select Portfolio Servicing, Inc., which is the entity that has the right to foreclose by virtue of being owner and holder of the note.

10. On September 23, 2019, the Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

11. The Ch. 13 Plan has not yet been confirmed.

12. As of November 27, 2019, the Note and the Mortgage are in post-petition default for the October 1, 2019 payment and all subsequent payments in the net total amount $1,878.24.

13. There is no other collateral securing the obligation.

14. According to Debtor's Schedule A, the fair market value of the Property is $150,000.00. Select Portfolio Servicing, Inc. estimates that the liquidation value of the Property is no greater than $141,000.00, which is the market value minus 6% for the cost of sale.

15. According to Schedule C, the Debtor is claiming an exemption in the Property in the amount of $125,000.00 pursuant to Massachusetts General Laws c. 188 § 1, 3.

16. A Declaration of Homestead by Sarah A. Gagne is dated May 24, 2019 and recorded with the Hampden County Registry of Deeds at Book 22688, Page 400.

17. As of November 27, 2019, the total outstanding balance owed on the Note was $104,330.67.

18. Town of Palmer also has a lien on the property in the amount of $240.00.

19. Webster Bank, N.A. also has a lien on the property in the amount of $15,289.89.

20. As of November 27, 2019, the estimated amount of encumbrances on the Property is $119,860.56.

21. The Debtor's arrearage at the time of filing totaled $23,743.78.

22. Select Portfolio Servicing, Inc. is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because the Debtor has not made payments pursuant to the Note and Mortgage.

WHEREFORE, Select Portfolio Servicing, Inc. moves that the court enter an order granting Select Portfolio Servicing, Inc. relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may exercise its rights pursuant to the Note and Mortgage in accordance with applicable state and federal law, and may commence a summary process action against occupants of the Property. Select Portfolio Servicing, Inc. moves that entry of the Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).

Select Portfolio Servicing, Inc.

By its attorneys,

Date: January 28, 2020

Respectfully Submitted,

/s/ Patrick J. Martin
Elizabeth M. Abood-Carroll, Esq. 569551
Jason J. Giguere, Esq. 667662
Matthew Dailey, Esq. 672242
Patrick J. Martin, Esq. 669534
Tatyana P. Tabachnik, Esq. 673236
Orlans PC
Attorneys for Select Portfolio Servicing, Inc.
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 19-009144

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   						Chapter 13
						Case Number 19-30757-EDK
Sarah A. Gagne					Honorable Elizabeth D. Katz

    Debtor
_____/

## ORDER RE: MOTION OF SELECT PORTFOLIO SERVICING, INC. FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

Select Portfolio Servicing, Inc., by and through its attorneys, Orlans PC having filed for Relief From Stay regarding real property known and numbered as 2140 Palmer Road, Three Rivers, MA 01080 notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Select Portfolio Servicing, Inc. for Relief From Stay is allowed and Select Portfolio Servicing, Inc. is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage dated December 6, 2011 and recorded with the Hampden County Registry of Deeds at Book 19095, Page 42 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

    At _____ this _____ day of _____, 2020.

_____
Honorable Elizabeth D. Katz
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Chapter 13
Case Number 19-30757-EDK
Sarah A. Gagne  Honorable Elizabeth D. Katz

Debtor
_____/

# CERTIFICATE OF SERVICE

    I, Patrick J. Martin, Attorney of Orlans PC, do hereby certify that on January 28, 2020, I caused to be served a copy of Motion For Relief From The Automatic Stay on the service list below by first class mail, postage prepaid or other method specified on the list.

Date:  January 28, 2020

Respectfully Submitted,

/s/ Patrick J. Martin
Elizabeth M. Abood-Carroll, Esq. 569551
Jason J. Giguere, Esq. 667662
Matthew Dailey, Esq. 672242
Patrick J. Martin, Esq. 669534
Tatyana P. Tabachnik, Esq. 673236
Orlans PC
Attorneys for Select Portfolio Servicing, Inc.
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcyNE@orlans.com
File Number: 19-009144

<u>VIA US MAIL</u>
Sarah A. Gagne
2140 Palmer Road
Three Rivers, MA 01080

Town of Palmer
Department 6520
P.O. Box 4110
Woburn, MA 01888

Webster Bank, N.A.
200 Executive Boulevard, SO-200
Southington, CT 06489

Palmer Town Clerk
4417 Main Street # 10
Palmer, MA 01069

Palmer Town Clerk
4417 Main Street
Palmer, MA 01069

<u>VIA ECF</u>

Louis S. Robin, Esq. on behalf of Debtor

Richard King Esq., Assistant U.S. Trustee

Denise M Pappalardo Esq., Chapter 13 Trustee

Adam Lewis on behalf of Webster Bank, N.A.