UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                          Chapter 13
                                                                Case Number 19-30757-EDK
Sarah A. Gagne                                                  Honorable Elizabeth D. Katz

       Debtor
_____/

## CERTIFICATION REGARDING PRE-FILING CONFERENCE
## PER MLBR 13-16-1(A)

I, Patrick J. Martin hereby certify that:

1.     I am the attorney for Select Portfolio Servicing, Inc., a secured mortgage lien holder of the Debtor regarding the real property located at: 2140 Palmer Road, Three Rivers, MA 01080.

2.     No pre-filing conference was held.

    a. On January 7, 2020, a date at least seven (7) days prior to the filing of the instant Motion for Relief, I caused to be sent a Request for Pre-Filing Conference to Louis S. Robin, the attorney for Debtor (Sarah A. Gagne) as follows:

        i. in writing, by letter sent First Class Mail, postage prepaid, to the address of record of Debtor's Counsel at:

        Louis S. Robin, Esquire
        Law Offices of Louis S. Robin
        1200 Converse Street
        Longmeadow, MA 01106;

        ii. in writing, via e-mail to Debtor's Counsel of record at: louis.robin.bankruptcyECF@gmail.com;

    b. By 5:00 PM on January 27, 2020, no response was made to the Request and, therefore, no Conference was held.

Date:  January 28, 2020

                                        Respectfully Submitted,

                                        /s/ Patrick J. Martin
                                        Elizabeth M. Abood-Carroll, Esq. 569551
                                        Jason J. Giguere, Esq. 667662
                                        Matthew Dailey, Esq. 672242
                                        Patrick J. Martin, Esq. 669534
                                        Tatyana P. Tabachnik, Esq. 673236
                                        Orlans PC
                                        Attorneys for Select Portfolio Servicing, Inc
                                        PO Box 540540
                                        Waltham, MA 02454
                                        (781) 790-7800
                                        Email: bankruptcyNE@orlans.com
                                        File Number: 19-009144