Bk 20175 Pg261 #3623
01-27-2014 @ 11:31a

This space for Recorder's use

Recording Requested By:
Bank of America
Prepared By:
Diana De Avila
800-444-4302
1800 Tapo Canyon Road
Simi Valley, CA 93063

When recorded mail to:
CoreLogic
Mail Stop: ASGN
1 CoreLogic Drive
Westlake, TX 76262-9823

Property Address:
2140 Palmer Rd
Three Rivers, MA 01080-1324
Property Location:
Township of PALMER

MIN #:　　　　　　　　　　　MERS Phone #:　888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (herein "Assignor"), whose address is P.O. Box 2026, Flint, MI 48501-2026, AS NOMINEE FOR BANK OF AMERICA, N.A., ITS SUCCESSORS AND ASSIGNS hereby assign and transfer to BANK OF AMERICA NA (herein "Assignee"), whose address is C/O BAC, M/C: CA6-914-01-43, 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063, and its successors and assigns all its right, title, and interest in and to a certain Mortgage described below.

Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BANK OF AMERICA, N.A., ITS SUCCESSORS AND ASSIGNS
Original Borrower(s): REGINA ANN GAGNE, SINGLE
Date of Mortgage: 12/6/2011
Original Loan Amount: $95,000.00
Certificate of Title Number: ABSTRACT LAND

Recorded in Hampden County, MA on: 1/26/2012, book 19095, page 42 and instrument number 4464

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BANK OF AMERICA, N.A., ITS SUCCESSORS AND ASSIGNS

By: _____
Mercedes Judilla
Assistant Secretary
Date   JAN 22 2014

Bk 20175 Pg262 #3623

State of California
County of Ventura

On JAN 22 2014 before me, Jacqueline Benson , Notary Public, personally appeared Mercedes Judilla , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Jacqueline Benson*

Notary Public: Jacqueline Benson (Seal)
My Commission Expires: Dec. 9, 2015

JACQUELINE BENSON
Commission # 1963212
Notary Public - California
Los Angeles County
My Comm. Expires Dec 9, 2015

DocID#

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS
E-RECORDED

Bk 22151 Pg130 #22915
04-30-2018 @ 08:42a

When Recorded Return To:
Bank of America
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

Doc ID:

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, BANK OF AMERICA, N.A., WHOSE ADDRESS IS 4909 SAVARESE CIRCLE, TAMPA, FL 33634, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage together with all interest secured thereby, all liens, and any rights due or to become due thereon to SELECT PORTFOLIO SERVICING, INC., WHOSE ADDRESS IS 3217 S DECKER LAKE DR, SALT LAKE CITY, UT 84119-3284 (800)373-3343, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage bearing the date **12/06/2011**, made and executed by **REGINA ANN GAGNE**, mortgagor(s), to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR BANK OF AMERICA, N.A., ITS SUCCESSORS AND ASSIGNS**, mortgagee, and was recorded in the Office of the Register of Titles and County Recorder for **HAMPDEN** County, **Massachusetts**, in **Book 19095 and Page 42**.

Property is commonly known as: 2140 PALMER RD, THREE RIVERS, MA 01080-1324.

IN WITNESS WHEREOF, this Assignment is executed by its VICE PRESIDENT this 28th day of April in the year 2018.
BANK OF AMERICA, N.A., by NATIONWIDE TITLE CLEARING, INC., its Attorney-in-Fact (POA RECORDED: 08/01/2017 BK: 21791 PG: 487 INSTR: 43824)

*Angela Pavao*

ANGELA PAVAO
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

Bk 22151 Pg131 #22915

Loan# ███████

**STATE OF FLORIDA   COUNTY OF PINELLAS**

The foregoing instrument was acknowledged before me on this 28th day of April in the year 2018, by Angela Pavao as VICE PRESIDENT of NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for BANK OF AMERICA, N.A., who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*(signature)*
CYNTHIA ALBANO
COMM EXPIRES: 08/01/2020

CYNTHIA ALBANO
Notary Public - State of Florida
My Comm. Expires August 1, 2020
Commission # GG091222

☐ No Mortgage Broker was involved in the placing of this loan.
Mortgage Broker's Name:
Address:
License:

☐ No Mortgage Loan Originator was involved in the placing of this loan.
Mortgage Loan Originator's Name:
Address:
License:

Instrument Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS
E-RECORDED